In the Matter of the Claim of NEVILLE FRANCIS, Appellant, v JEWELRY BOX CORPORATION OF AMERICA et al., Respondents, and SPECIAL FUND FOR REOPENED CASES, Respondent. WORKERS' COMPENSATION BOARD, Respondent.

Submitted December 21, 2015; decided February 11, 2016

Motion for reargument of motion for leave to appeal denied [*see* 26 NY3d 981 (2015)].

Chief Judge DiFIORE and Judge GARCIA taking no part.

In the Matter of the Estate of DEBORAH A. GROCHOCKI, Deceased.

JOHN C. GREENLEAF, Appellant, v NEW YORK STATE OFFICE OF VICTIM SERVICES, Respondent, et al., Respondents.

Decided February 11, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.

Judge GARCIA taking no part.